**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

––––––––––––

No. 15-3399

––––––––––––

MICHELE OWEN BLACK,
                                        Appellant

v.

MONTGOMERY COUNTY; DET. JOHN T. FALLON;
LOWER MERION TOWNSHIP; DET. GREGORY
HENRY; BRYAN GARNER; CHIEF FIRE OFF. CHARLES
MCGARVEY; DEPUTY FIRE MARSHALL FRANK
HAND; STATE TROOPER ROBERT POMPONIO

––––––––––––

Appeal from the United States District Court for the Eastern
District of Pennsylvania
(E.D. Pa. No. 2-14-cv-06702)
District Judge:  Honorable Anita B. Brody

––––––––––––

Argued on June 8, 2016

Before:  CHAGARES, KRAUSE,
and SCIRICA, <u>Circuit Judges</u>

**ORDER AMENDING OPINION**

At the direction of the Court, the opinion filed August 30, 2016 is hereby amended to correct a typographical error in that the word "not" was omitted from the sentence appearing at pages 12-13 of the opinion.  The sentence as corrected should read:

We noted that unlike the "significant pretrial restrictions" imposed in Gallo, the plaintiffs' liberty in DiBella was restricted only during their municipal court trial and that merely attending trial does not amount to a seizure for Fourth Amendment purposes. Id.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated:  September 16, 2016
CJG/JK/cc:    All Counsel of Record